Derrick Hollins
RECEIVED
OCT 03 2022
BY MAIL
04/27/2022

Dear: Honorable Stephen R. Clark

I know you probably get thousands of letters from people saying "How they'll do better and how jail changed them". This letter is no different, I truly feel jail did change me for the better not only because of the conditions and restrictions but because I missed the most important part of my unborn son life and my girl pregnacy. I haven't been able to enjoy this pregnacy with my soon to be future wife, I've physically missed all doctors appointments, and all other joyful momments that comes with the father life. I can't begin to explain how this has hurt, and effected me...... I want to do better knowing knowing I have a son thats about to be on this earth. I just wanna be a suscesful person in life and great father. Jail is not a place for an accauntable adult. I will never come back based off my expirence people get 2nd chances and don't

take advantage of the opportunity. I love my family, life, freedom, and If I was offorded mercy and a 2nd chance at life by the decision of you Honorable Judge Clark I will forever be appreciate of your choice to give me the opportunity to be a better man and a great father. I'm sorry for not using better decision making when it came to the crime I commited and life I affected, but from this moment on cutting corners to succed in life will be a thing of my past. Thanks for your time and please forgive my simple way of ~~thinking~~ thinking.

Derrick Hollins 80418-509
20 Justice Drive Ullin,
IL 62992

F

SAINT LOUIS MO 630
28 SEP 2022
$ 000.57

RECEIVED
OCT 03 2022
BY MAIL

To: The Honorable Stephen R. Clark
111 s 10th Street. St. Louis,
MO 63102 (Federal court)